FILED
08 OCT -9 AM 9: 40
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF     CV 08 80197 MISC

**ORDER TO SHOW CAUSE**

Donald Eugene Roy - #96043

_____/

It appearing that Donald Eugene Roy has been enrolled as an inactive member of the State Bar of California pursuant to Section 6007 of the Business and Professions Code and that pursuant to this provision, he may not practice law in the State of California effective July 14, 2008,

**IT IS SO ORDERED**

That respondent show cause in writing on or before November 12, 2008 as to why he should not be suspended from practice before this court, pending further notice from the State Bar of California, that his status has been activated.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:
Donald Eugene Roy
Attorney at Law
1603 North East Street
Alturas, CA 96101