**FILED**

NOV 24 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:                       No CV-08-80197 MISC VRW

Donald Eugene Roy,
                                        ORDER
   State Bar No 136207
_____/

   On October 9, 2008, the court issued an order to show cause (OSC) why Donald Eugene Roy should not be removed from the roll of attorneys authorized to practice law before this court, based on his enrollment, effective July 14, 2008, as an inactive member of the State Bar pursuant to section 6007 of the Business & Professions Code. The OSC was mailed to Mr Roy's address of record with the State Bar. Mr Roy has filed no response.

   The court now orders Donald Eugene Roy removed from the roll of attorneys authorized to practice before this court. The clerk is directed to close the file.

   IT IS SO ORDERED.

                                        VAUGHN R WALKER
                                        United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the Matter of:

Case Number: C 08-80197 MISC VRW

**CERTIFICATE OF SERVICE**

Donald Eugene Roy,

_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 24, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Donald Eugene Roy
1603 North East Street
Alturas, CA 96101

**November 24, 2008**

Richard W. Wieking, Clerk

By: *Cora Klein*

**Deputy Clerk**